**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTURO NUNEZ LOPEZ,

     Petitioner,

    v.

MARKWAYNE MULLIN, ETC., ET AL.,

     Respondents.

No. ED CV 26-1940-E

ORDER FOR ENTRY OF JUDGMENT

On April 18, 2026, Petitioner filed a "Verified Petition for a Writ of Habeas Corpus" ("the Petition"). Petitioner, a noncitizen, reportedly was detained by agents of Immigration and Customs Enforcement on or about April 14, 2026. Petitioner seeks release, or, alternatively, a bond hearing. On April 27, 2026, Respondents filed an Answer to the Petition. On May 4, 2026, Petitioner filed "Petitioner's Response to Government's Answer."

The factual record in this case is exceedingly sparse, and there is a dearth of admissible evidence. Nevertheless, it is clear that: (1) Petitioner alleges he is a detained noncitizen who has lived in the United States for decades, has no significant criminal record and has extensive family ties in the United States; and (2) as Respondents concede,

///

Petitioner's claim "appears to be subject to the [Maldonado Bautista v. Santacruz][1] judgment. . . ."

Accordingly, it is ordered that the Petition is granted in part and that Judgment shall be entered requiring Respondents to provide Petitioner with a bond hearing before an Immigration Judge within seven (7) days of the entry of Judgment.[2]

Dated: May 6, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1]    CV 25-1873-SSS(BFM) (C.D. Cal.).

[2]    Petitioner has failed to justify any additional or different relief.

2