JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARTURO NUNEZ LOPEZ,

     Petitioner,

    v.

MARKWAYNE MULLIN, ETC., ET AL.,

     Respondents.

No. ED CV 26-1940-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that Respondents must provide Petitioner with a bond hearing before an Immigration Judge within seven (7) days of the entry of Judgment.

DATED: May 6, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE